UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DEMELO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:13-cv-1247-BAM<br><br>**ORDER EXTENDING BRIEFING SCHEDULE**<br><br>(Doc. 16 ) |

　　　Based on the parties' stipulation (Doc. 16), and for good cause being shown, IT IS HEREBY ORDERED,

　　1. The parties' stipulation allowing Plaintiff an extension of time to file her opening letter brief is **GRANTED**. (Doc. 16);

　　2. Plaintiff shall have up to and including **April 15, 2014**, in which to submit her Confidential Letter Brief to Defendant;

　　3. All other deadlines set forth in the August 13, 2013, Case Management Order are modified accordingly.

IT IS SO ORDERED.

　Dated:　**February 3, 2014**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1