BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| LUIS DEMELO,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:13-cv-01247-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 60 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 60 days to respond to Plaintiff's opening brief. This is the first continuance sought by Defendant. The current due date is September 10, 2014. The new due date will be November 10, 2014.

There is good cause for this request. Defendant is seeking this extension due to Defendant's counsel's heavy workload and due to pre-approved leave in September. Defendant's counsel was limited in her ability to work on this case due to two Equal Employment Opportunity Commission (EEOC) cases, one of which had an out-of-state hearing in Phoenix, Arizona, and involved follow-up and written closing briefs after the hearing, while the other had a motion for summary judgment coming due in September. Counsel also had a Ninth Circuit

Stipulation and Order for an Extension of Time; 1:13-cv-01247-BAM

1   opposition brief due in August, and has another Ninth Circuit answering brief due in the next

2   month, and at least 16 pending district court cases at various stages of litigation in the next

3   month.  Because of the factors described above, defense counsel is requesting additional time to

4   fully review the administrative record and research the issues presented by Plaintiff's opening

5   brief.

6          The parties further stipulate that the Court's Scheduling Order shall be modified

7   accordingly.  Defendant apologizes for any inconvenience caused by the delay.

8

9                                              Respectfully submitted,

10  Date: September 2, 2014

11
                                               _s/ Michelle Nevarez by C.Chen*_
12                                             (As authorized by e-mail on 9/2/2014)
                                               MICHELLE NEVAREZ
13                                             Attorneys for Plaintiff

14
    Date: September 2, 2014                    BENJAMIN B. WAGNER
15                                             United States Attorney

16
                                               By _s/ Carolyn B. Chen_
17                                             CAROLYN B. CHEN
                                               Special Assistant U. S. Attorney
18
19                                             Attorneys for Defendant

20

21

22

23

24

25

26

27

28

Stipulation and Order for an Extension of Time; 1:13-cv-01247-BAM

<u>ORDER</u>

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including **November 10, 2014**, in which to file an opposition to Plaintiff's opening brief; and that all other deadlines set forth in the August 13, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 3, 2014**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE