BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LUIS DEMELO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01247-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 2 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional two days to respond to Plaintiff's opening brief.  This is the second continuance sought by Defendant.  The new due date will be November 12, 2014.

    Defendant is seeking this extension so that Defendant's counsel can have additional time to fully review the voluminous administrative record and research the issues presented by Plaintiff's opening brief.  Despite Defendant's counsel's diligent efforts to balance her workload and estimate the amount of time needed to fully review the 1000-plus page record and fully research the seven issues presented by Plaintiff's opening brief, she realized she will need additional time to adequately respond to Plaintiff's opening brief.

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.  Defendant apologizes for any inconvenience caused by the delay.

                                              Respectfully submitted,

Date: November 12, 2014

                                              *s/ Michelle Nevarez by C.Chen\**
                                              (As authorized by e-mail on 11/11/2014)
                                              MICHELLE NEVAREZ
                                              Attorneys for Plaintiff

Date: November 12, 2014                       BENJAMIN B. WAGNER
                                              United States Attorney

                                              By *s/ Carolyn B. Chen*
                                              CAROLYN B. CHEN
                                              Special Assistant U. S. Attorney

                                              Attorneys for Defendant


**ORDER**

The Court adopts the parties' stipulation.  Defendant shall file its opposition no later than **November 12, 2014**.  The scheduling order shall be modified accordingly.

IT IS SO ORDERED.

   Dated:   **November 12, 2014**            /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

Stipulation for an Extension of Time; 1:13-cv-01247-BAM   2