UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS DEMELO**,<br>　　　　Plaintiff,<br>vs.<br>**COMMISSIONER OF SSA**,<br>　　　　Defendant. | Case No.: **1:13-CV-01247-BAM**<br><br>**ORDER FOR EXTENSION OF TIME** |

　　　Based upon the stipulation of the parties (Doc29), IT IS HEREBY ORDERED that Plaintiff shall file his reply brief no later than February 9, 2015.

IT IS SO ORDERED.

　Dated:　**December 1, 2014**　　　　　　　/s/ *Barbara A. McAuliffe*

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE