# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DEMELO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>　　　　Defendant. | Case No. 1:13-cv-1247-BAM<br><br>**ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS** |

On March 24, 2015, this Court granted Plaintiff Luis Demelo's appeal from the administrative decision of the Commissioner of Social Security. (ECF No. 32). On May 16, 2015, Plaintiff appealed this court's order remanding the case for further proceedings. (ECF No. 34). On June 30, 2017, the Ninth Circuit Court of Appeals affirmed this court's decision to remand this action to the Commissioner for further administrative proceedings. (ECF Nos. 38, 39). The mandate of the United States Court of Appeals for the Ninth Circuit issued on August 18, 2017. (ECF No. 40).

Accordingly, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's Order. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **July 30, 2018**　　　　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this action.

1